UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MICHAEL BARRETT,<br><br>       Plaintiff,<br><br>   v.<br><br>M. MESSER, et al.,<br><br>       Defendants. | Case No. 1:20-cv-01313-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED** ***IN FORMA PAUPERIS*** **OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

   Plaintiff has not paid the $400.00 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **September 17, 2020**                     **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1