UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MICHAEL BARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MESSER, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01313-JLT (PC)<br><br>**ORDER APPOINTING COUNSEL FOR A LIMITED PURPOSE** |

The Court finds the appointment of counsel for Plaintiff is warranted for the limited purpose of drafting and filing a second amended complaint. Teresa A. Bush-Chavey has been selected from the Court's *pro bono* attorney panel to represent Plaintiff for this limited purpose and has agreed to be appointed. Accordingly, the Court ORDERS:

1. Teresa A. Bush-Chavey is appointed as limited-purpose counsel for Plaintiff in this matter. The appointment is for the limited purpose of investigating Plaintiff's claims, then drafting and filing a second amended complaint or a notice that an amended complaint would not be appropriate. The amended complaint or notice shall be filed within 90 days from the date of this order.

2. Teresa A. Bush-Chavey's appointment will terminate when Plaintiff's second amended complaint is filed, or when a notice that an amended complaint would not be appropriate is filed.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she

has any questions related to this appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Teresa A. Bush-Chavey, Law Office of Teresa Bush-Chavey, P. O. Box 381, Orangevale, CA 95662.

IT IS SO ORDERED.

Dated: __November 8, 2021__             _____ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

2