IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Shaun Michael Barrett

　　　　　　　　Plaintiff(s)

vs.

M. Messer, et al.,

　　　　　　　　Defendants.

No. 1:20-cv-01313-BAK (SAB)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Teresa Bush-Chavey, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 11/8/21, by the Honorable Jennifer L. Thurston, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Mr. Barrett has a hearing disability that makes it extremely difficult to communicate by telephone. I set up a Zoom appointment to meet with him after confirming by letter that he would be able to hear me if we met in this manner. At the time set for the meeting, I was informed by CDCR LAC personnel that I would need to set up hosting with Zoom in order to continue with the meeting. I immediately paid for hosting and met with Mr. Barrett in December and then again in January. When I attempted to set up a final meeting with Mr. Barrett I was advised that LAC visits have been suspended. I checked a week ago and they are still suspended. My appointment terminates with the filing of the Second Amended Complaint which was uploaded to Pacer today. I will cancel the Zoom hosting prior to the renewal and communicate with Mr. Barrett in writing regarding the closing out of the case.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 191.97.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:20-cv-01313

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 0 | | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of March, 20 22, at Sacramento County, California.

Teresa Bush-Chavey Court Appointed Attorney for Plaintiff for the limited purpose of investigating and filing a Second Amended Complaint

*Teresa Bush-Chavey* (signature)

Attorney for Plaintiff(s)

The above expenditure is ___✔___ Approved    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: __**Mar 8, 2022**_____

(signature)
United States District Judge/Magistrate Judge