1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SHAUN MICHAEL BARRETT, | Case No. 1:20-cv-01313-CDB (PC) |
| 12              Plaintiff, | **ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO RETURN SERVICE WAIVERS** |
| 13         v. | |
| 14  M. MESSER, et al., | (Doc. 28) |
| 15              Defendants. | |

16

17    Plaintiff Shaun Michael Barrett is proceeding *pro se* and *in forma pauperis* in this civil

18 rights action brought pursuant to 42 U.S.C. § 1983.

19    On February 13, 2023, this Court issued its Order Finding Service of Second Amended

20 Complaint Appropriate, directing service of process through the Court's e-service pilot program.

21 (Doc. 22.)

22    On March 22, 2023, the California Department of Corrections and Rehabilitation (CDCR)

23 returned a notice of intent to waive service as to the named Defendants. (Doc. 27.)

24    On April 20, 2023, the California Attorney General's Office filed a request for a 14-day

25 extension of time within which to return service waivers for Defendants on whose behalf the

26 CDCR has indicated service will be waived. (Doc. 28.)

27 //

28 //

Accordingly, and for good cause shown, the request for an extension of time to file service waivers is **GRANTED**. Service waivers shall be returned **on or before May 5, 2023**.

IT IS SO ORDERED.

Dated:   **April 21, 2023**                              _____
                                                                            UNITED STATES MAGISTRATE JUDGE