UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MICHAEL BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>M. MESSER, et al.,<br><br>Defendant. | No.  1:20-cv-01313-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUESTS FOR INJUNCTIVE RELIEF<br><br>(ECF No. 41) |

Plaintiff Shaun Michael Barrett is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2023, Plaintiff filed a motion in response to the Magistrate Judge's June 7, 2023 order to show cause.  (ECF Nos. 36, 37.)  The Magistrate Judge construed that motion as one seeking injunctive relief and issued findings and recommendations on July 13, 2023, recommending that the Court deny Plaintiff's requests for injunctive relief.  (ECF No. 41.)  The findings and recommendations contained notice that Plaintiff had fourteen days within which to file objections.  (*Id.* at 4.)  That deadline has passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 13, 2023, (ECF No. 41), are adopted in full;
2. Plaintiff's requests for injunctive relief, (ECF No. 38), are denied; and
3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 11, 2023

UNITED STATES DISTRICT JUDGE