UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MICHAEL BARRETT,<br><br>             Plaintiff,<br><br>     v.<br><br>M. MESSER, et al.,<br><br>             Defendants. | Case No. 1:20-cv-01313-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Doc. 47 |

Plaintiff Shaun Michael Barrett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on September 14, 2020. Doc. 1. After screening, the assigned magistrate judge directed plaintiff to serve the second amended complaint on defendant correctional officers Liang, Ramirez, Messer, Bugarin, Silva, and Mecum; prison warden Ken Clark; and California Department of Corrections and Rehabilitation Secretary Kathleen Allison.[1] Docs. 18 ("SAC"), 22. On May 22, 2023, defendants filed a motion to dismiss. Doc. 31 ("MTD").[2] Plaintiff filed an opposition. Doc. 43 ("Opp'n"). Defendants filed a reply. Doc. 44

---

[1] On the docket, defendant Kathleen Allison is erroneously listed as "Kathleen Sullivan."

[2] Defendants filed two duplicate copies of the motion on this date. Docs. 31, 32. This Order cites below to the copy of the motion to dismiss at Doc. 31.

("Reply").

On December 29, 2023, the magistrate judge issued findings and recommendations recommending dismissal of plaintiff's second amended complaint without leave to amend. Doc. 47. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service. *Id.* at 20. Plaintiff did not file any objections and the time to do so has passed. *See* docket. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 29, 2023 (Doc. 47) are ADOPTED IN FULL;
2. Defendants' motions to dismiss (Docs. 31 and 32) are GRANTED;
3. Plaintiff's second amended complaint is DISMISSED without leave to amend; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __March 28, 2025__

UNITED STATES DISTRICT JUDGE

2